ALABAMA ET AL. *v.* UNITED STATES ET AL.[1]

No. 15, Original. Decided May 27, 1963.

*J. Kirkman Jackson, John P. Kohn, George Stephen Leonard, Richard L. Hirshberg, John W. Vardaman, John A. Caddell* and *Thos. B. Hill, Jr.* for plaintiffs.

*Solicitor General Cox, Ralph S. Spritzer* and *Louis F. Claiborne* for the United States et al.

PER CURIAM.

The motion for leave to file the proposed bill of complaint, as amended, is denied. In essence the papers show no more than that the President has made ready to exercise the authority conferred upon him by 10 U. S. C. § 333 by alerting and stationing military personnel in the Birmingham area. Such purely preparatory measures and their alleged adverse general effects upon the plaintiffs afford no basis for the granting of any relief.

MR. JUSTICE WHITE took no part in the consideration or decision of this case.

CEPERO *v.* UNITED STATES CONGRESS ET AL.

No. 1024, Misc. Decided May 27, 1963.

Reported below: —— F. Supp. ——.

PER CURIAM.

The appeal is dismissed.